Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
         mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and**<br>**MARY K. HEATON,**<br><br>　　　　　　　Debtors.<br><br>**REGAL FINANCIAL BANK**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**DOYLE D. HEATON and**<br>**MARY K. HEATON**<br><br>　　　　　　　Defendants. | Case No.: 10-40297<br><br>A.P. No. 10-04085<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 25, 2010<br>Time: 11:00 am<br>Place: Courtroom 215<br>　　　　1300 Clay Street<br>　　　　Oakland, CA 94612<br>Judge: Honorable Edward D. Jellen |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Patricia Jeffries, am employed in the city and county of San Luis Obispo, State of California. I am over the age of 18 and not a party to the within action; my business address is 948 Santa Rosa Street, San Luis Obispo, CA 93401.

On October 18, 2010, I caused to be served the

**COMBINED REPLY RE: MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR LEAVE TO AMEND COMPLAINT; REQUEST TO TAKE JUDICIAL NOTICE OF ANSWER FILED MAY 6, 2010**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on October 18, 2010, at San Luis Obispo, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

| VIA EMAIL<br>**Office of the US Trustee**<br>1301 Clay Street<br>Suite 690N<br>Oakland, CA 94612-5217<br>USTPRegion17.OA.ECF@usdoj.gov;<br>ltroxas@hotmail.com;<br>maggie.mcgee@usdoj.gov;<br>minnie.loo@usdoj.gov | VIA EMAIL<br>**Attorneys for the Plan Committee**<br>Michael H. Ahrens<br>Ori Katz<br>Robert K. Sahyan<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Fl.<br>San Francisco, CA  94111-4109<br>mahrens@sheppardmullin.com<br>okatz@sheppardmullin.com<br>rsahyan@sheppardmullin.com | VIA EMAIL<br>**Attorneys for Regal Financial Bank**<br>Stephen M. Judson<br>Fitzgerald, Abbott and Beardsley<br>P.O. Box 12867<br>Oakland, CA 94604-2867<br>sjudson@fablaw.com |
|---|---|---|
| VIA EMAIL<br>**Attorneys for Regal Financial Bank**<br>Michael Feinberg<br>Karr Tuttle Campbell<br>1201 Third Ave., Suite 2900<br>Seattle, WA 98101<br>mfeinberg@karrtuttle.com | | |